## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:  MILTON EDWARD PARRISH, JR.             CASE NO. 09-36578-DOT
       FREDA ELLIOTT PARRISH,

               Debtors                                    CHAPTER 7


WACHOVIA BANK, NATIONAL ASSOCIATION,

               Plaintiff,

vs.

MILTON EDWARD PARRISH, JR., et al,

               Defendants


### ORDER TERMINATING THE AUTOMATIC STAY

**THIS MATTER** came to be heard this day upon the motion of the Plaintiff, WACHOVIA BANK, NATIONAL ASSOCIATION, by counsel, to amend the automatic stay, with the Motion and Notice of Preliminary Hearing having been served on the Debtors, counsel for the Debtors, and the Trustee, and upon representation of counsel for the Plaintiff and counsel for the Debtors that the parties have reached a settlement of the motion, and was argued by counsel; and

**IT APPEARING** to the Court and the Court finds from the representations of counsel for the Plaintiff and counsel for the Debtors that the Debtors are delinquent under the terms of the

**Julian A. Bryant, Jr. (VSB #1168)**
**EVANS & BRYANT, PLC**
**Counsel for Plaintiff**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia  23451-4183**
**(757) 437-9500**

Note held by Plaintiff and secured by a lien upon the title to a 2006 Chapparal fiberglass boat with Hull Identification No. FGB74441H506 and a Mercruiser outboard motor with Serial No. OW352255 (collectively, the "Vessel") as set forth in its Motion, and that cause exists to terminate the automatic stay as requested.

**UPON CONSIDERATION WHEREOF**, it is **ORDERED** that relief from the automatic stay of 11 U.S.C. § 362 is, by this Order, granted to Plaintiff, its successors and assigns, so as to allow Plaintiff, its successors and assigns, to proceed under state law to enforce its lien encumbering the title to the Vessel as set forth in its Motion.

It is further **ORDERED** that Rule 4001(a)(3) is not applicable and Plaintiff may immediately implement and enforce this order.

Date:_____    _____
U.S. Bankruptcy Judge

Entered on Docket:_____

**I ASK FOR THIS**:

_____/s/ Julian A. Bryant, Jr._____
Julian A. Bryant, Jr. (VSB #1168)
Counsel for Plaintiff
2101 Parks Avenue, Suite 301
Virginia Beach, Virginia  23451-4183
(757) 437-9500

2

**SEEN AND NO OBJECTION:**


_____/s/ Clinton M. Davis by Julian A. Bryant, Jr., with permission granted by e-mail 12/16/09___
Clinton M. Davis, Esquire
Counsel for Debtors
11900 Chester Village Drive
Chester, Virginia  23831
(804) 332-4041


**SEEN AND NO OBJECTION:**


_____/s/ Keith L. Phillps_____
Keith L. Phillips, Trustee
311 South Boulevard
Richmond, Virginia  23220
(804) 358-9400


### CERTIFICATION OF ENDORSEMENT


     I hereby certify that all necessary parties involved in this matter have seen and endorsed this instant order



_____/s/ Julian A. Bryant, Jr._____
Julian A. Bryant, Jr. (VSB #1168)



**Julian A. Bryant, Jr. (VSB #1168)**
**EVANS & BRYANT, PLC**
**Counsel for Plaintiff**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia  23451-4183**
**(757) 437-9500**

**PARTIES TO RECEIVE COPIES:**

Julian A. Bryant, Jr.
2101 Parks Avenue, Suite 301
Virginia Beach, Virginia  23451-4183

Clinton M. Davis, Esquire
11900 Chester Village Drive
Chester, Virginia  23831

Milton Edward Parrish, Jr.
Freda Elliott Parrish
11441 Old Centralia Road
Chester, Virginia  23831

Keith L. Phillips, Trustee
311 South Boulevard
Richmond, Virginia  23220